| Motion for Electronic Filing | Case No: CIV10-503 TUC FRZ |
|---|---|

Name: **MICHAEL BENSON SPARLIN** and
**SHARON JEANETTE SPARLIN  H/W**
Address: 9151 E Showcase Lane
City, State, Zip: Tucson, AZ  85749
Daytime Phone: 520-760-0200
*Representing Self, Without a Lawyer*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN  H/W** Plaintiffs  vs  **BANK OF AMERICA HOME LOANS** Defendants | CASE NO: **CIV10-503 TUC FRZ**  **MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY** and **SUPPORTING INFORMATION** |

We, Michael Benson Sparlin and Sharon Jeanette Sparlin, declare that  we are the Plaintiffs representing ourselves in this action; that we hereby request permission to electronically file and serve our documents.  We state that, upon a showing of good cause below, we are able to comply with the equipment and rule requirements governing electronic filing.  In further support of this application, we answer the following questions.

   A.  Type of personal computer and related software/equipment available to use.

   Dell Pentium personal computer Model E310 running Windows 7 Home Premium

   Internal hard disk storage of 570GB

   External storage of 1TB

   Internet Explorer Ver. 8.0 and Mozilla Firefox Ver 3.6.8

   High speed internet via Qwest cable-download speed 1316kbps, upload speed 527kbps

Microsoft Office Enterprise 2007 with .pdf compatible Miscrosoft Word

Adobe Acrobat Ver 9

Epson NX510 all-in-one printer/fax/scanner

B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?  Yes – ssparlin@dakotacom.net

C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?  Yes, we are currently subscribers to PACER.

D. Have you read and become familiar with the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?  Yes

E. Are you able to comply with all the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?  Yes

F. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?  Yes

DATED this 19th day of August, 2010

MICHAEL B. SPARLIN
9151 E. Showcase Lane
Tucson, AZ 85749
Ph: 520-760-0200

SHARON J SPARLIN
9151 E. Showcase Lane
Tucson, AZ 85749
Ph: 520-760-0200