1 Michael & Sharon Sparlin
2 9151 E Showcase Lane
3 Tucson AZ  85749
4

5       UNITED STATES DISTRICT COURT
6              DISTRICT OF ARIZONA

| **Michael & Sharon Sparlin** | Case # CV 10-503-TUC-FRZ |
| Plaintiff, | CV 10-507-TUC-FRZ |
| | CV 10-508-TUC-FRZ |
| | **CONSOLIDATED** |
| vs. | **PETITION FOR PARTIAL REFUND** |
| | **OF FILING FEES.** |
| **Bank of America Home Loans** | |
| Defendant | |

7

8                                                   Date: August 24, 2010

9  Comes now Plaintiffs, acknowledging the court's decision to combine the three
10 cases submitted by Michael and Sharon Sparlin. The decision will remain
11 uncontested, as Plaintiffs understand that the costs associated with defending and
12 prosecuting 3 suits can cause undue burden on the parties.
13
14 However, it is requested that the court give a partial refund of the Plaintiffs filing
15 fees. Plaintiff has paid for three cases separately, and hired 3 separate service of
16 process. A refund seems an appropriate action given the circumstances.
17
18 **Respectfully Submitted,**
19
20
21 *Michael Sparlin*                *Sharon Sparlin*
22   Michael Sparlin                  Sharon Sparlin