BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com

Attorneys for Defendant BAC Home
Loans Servicing, LP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael & Sharon Sparlin,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America Home Loans, Chase Home Finance, et al.,<br><br>Defendants. | No. CV 10-503-TUC-FRZ<br>No. CV 10-507-TUC-FRZ<br>No. CV 10-508-TUC-FRZ<br>**CONSOLIDATED**<br><br>NOTICE OF APPEARANCE<br><br>(Hon. Frank R. Zapata) |

NOTICE IS HEREBY GIVEN that Bryan Cave LLP, by and through attorneys Robert W. Shely, Coree E. Neumeyer, and Michael B. Dvoren, hereby enters its appearance as counsel of record for Defendant BAC Home Loans Servicing, LP. Counsel respectfully requests that all future notices and correspondence from the Court and parties be sent to undersigned counsel at the address provided.

. . .

. . .

. . .

675544

1   DATED this 30th day of August, 2010.

2                                           BRYAN CAVE LLP

5               By s/Coree E. Neumeyer
                    Robert W. Shely
6                   Coree E. Neumeyer
                    Michael B. Dvoren
7                   Two North Central Avenue, Suite 2200
                    Phoenix, AZ  85004-4406

9                   Attorneys for Defendant BAC Home Loans
                    Servicing, LP

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael & Sharon Sparlin
9151 East Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per


By s/Carol McKeever