BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendant BAC Home Loans Servicing, LP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael & Sharon Sparlin,<br><br>    Plaintiffs,<br><br> vs.<br><br>Bank of America Home Loans, Chase Home Finance, et al.,<br><br>    Defendants. | No. CV 10-503-TUC-FRZ<br>No. CV 10-507-TUC-FRZ<br>No. CV 10-508-TUC-FRZ<br>**CONSOLIDATED**<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>(Hon. Frank R. Zapata) |

This Corporate Disclosure Statement is filed on behalf of Defendant BAC Home Loans Servicing, LP (erroneously sued as Bank of America Home Loans) in compliance with the provisions of:

   X   Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

675601

    ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

    ____ No such corporation.

     X  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

BAC Home Loans Servicing LP is a wholly-owned subsidiary of Bank of America N.A.  Bank of America N.A. is a wholly-owned subsidiary of BAC North America Holding Company.  BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation.  NB Holdings Corporation is a wholly-owned subsidiary of the publicly held Bank of America Corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 31st day of August, 2010.

                      BRYAN CAVE LLP

                      By s/Coree E. Neumeyer
                         Robert W. Shely
                         Coree E. Neumeyer
                         Michael B. Dvoren
                         Two North Central Avenue, Suite 2200
                         Phoenix, AZ  85004-4406

                         Attorneys for Defendant BAC Home Loans Servicing, LP

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael & Sharon Sparlin
9151 East Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per


By s/Carol McKeever

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

675601

3