Name: **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN H/W**
Address: 9151 E Showcase Lane
City, State, Zip: Tucson, AZ 85749
Daytime Phone: 520-760-0200
*Representing Self, Without a Lawyer*

FILED ___ LODGED
RECEIVED ___ COPY
AUG 31 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN** H/W Plaintiffs<br><br>vs<br><br>**BANK OF AMERICA HOME LOANS, CHASE HOME FINANCE, et al.,** Defendants | No. CV 10-503-TUC-FRZ<br>No. CV 10-507-TUC-FRZ<br>No. CV 10-508-TUC-FRZ<br>**<u>CONSOLIDATED</u>**<br><br>**PLAINTIFFS NOTICE OF TRIAL BY JURY**<br><br>(Hon Frank R Zapata) |

COME NOW Plaintiffs, Michael Benson Sparlin and Sharon Jeanette Sparlin, to notify this court of an error which occurred in the filing of our Original Complaint with respect to the Civil Cover Sheet Section VII - JURY DEMAND. Plaintiffs checked the "NO" box in error.

Plaintiffs hereby request that this case be tried before a jury in accordance with Fed R Civ P 38(a) "which affords the right of trial by jury as declared by the Seventh Amendment to the Constitution of the United States" and Rule 38(b) "a party may demand a jury trial"

Plaintiffs will provide a copy of this Notice of Trial by Jury to all Defendants as required under Fed R Civ P 38(b)(1).

Notice of Trial by Jury | Case No: CIV10-503

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this __31st__ day of August, 2010 to the following:

BRYAN CAVE LLP, #00145700
Coree E. Neumeyer, #025787
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
    Attorneys for Defendant BAC Home Loans Servicing, LP

CHASE HOME FINANCE LLC
800 Brooksedge Boulevard Westerville
Westerville, OH  43081


_____
SHARON JEANETTE SPARLIN

*[signature]*
**MICHAEL BENSON SPARLIN**    Date: 8/31/10

*[signature]*
**SHARON JEANETTE SPARLIN**   Date: 8/31/10