E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

```
                                  FILED _____    LODGED _____
                                  RECEIVED _____    COPY _____

                                        SEP 3  2010

                                  CLERK U S DISTRICT COURT
                                     DISTRICT OF ARIZONA
                                  BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
PIMA
STATE OF ARIZONA

**MICHAEL & SHARON SPARLIN**                         CASE NO. CIV10-503 TUC FRZ
             VS
**BANK OF AMERICA HOME LOANS**

| STATE OF ARIZONA | ) | AFFIDAVIT OF SERVICE |
| PINAL COUNTY | ) | |

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 08/20/10 I received the SUMMONS IN A CIVIL ACTION; PETITION FOR TEMPORARY INJUNCTION; ORIGINAL PETITION

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of each document listed above upon:
BANK OF AMERICA, BY SERVICE UPON ITS STATUTORY AGENT C.T. CORPORATION SYSTEM on 08/23/10 at 8:30 am at 2394 E. CAMELBACK ROAD PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with GAIL FLOCK, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 250lbs., BROWN Eyes, GREY Hair,

CHAD AUSTIN BARBER                                    Affiant
Sworn to before me the        Sep 2, 2010

Andrea G. Wooten                                      Notary

My Commission expires:  08/28/2013

| SERVICE OF PROCESS | $ | 16.00 |
| MILES | 8   $ | 45.00 |
| SERVICE CHARGE | $ | 6.50 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 77.50 |

AX021968716
1968716 19982
ORIGINAL



OFFICIAL SEAL
ANDREA G. WOOTEN
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 28, 2013