# Settlement Statement
Optional Form for Transactions without Sellers

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0491

**Name & Address of Borrower:**
Sharon J. Sparlin, Michael B. Sparlin

9151 E Showcase Ln
Tucson, AZ 85749

**Property Location:** (if different from above)
9151 E Showcase Ln
Tucson, AZ 85749

**Loan Number:**
3218892703

**Name & Address of Lender:**
Quicken Loans Inc. ( Lender )
20555 Victor Parkway
Livonia, MI 48152

**Settlement Agent:**
Title Source, Inc.

**Place of Settlement:**
9151 E Showcase Ln, Tucson, AZ 85749

**Settlement Date:** 01/22/09
**Disbursement Date:** 01/27/09

FILED RECEIVED LODGED COPY
SEP 17 2010
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| L. Settlement Charges | | M. Disbursements to Others | |
|---|---|---|---|
| 800. Items Payable in Connection with Loan | | 1501. WACHOVIA MORTGAGE, FSB | $223,501.35 |
| 801. Loan Origination Fee   % to: Quicken Loans Inc. | | 1502. BANK OF AMERICA | $9,294.00 |
| 802. Loan Discount Fee 2.500 % to: Quicken Loans Inc. | $6,250.63 | | |
| 803. Appraisal Fee to: MARTELL AND ASSOCIATES | | | |
| $325.00 POC | | | |
| 804. Credit Report to: CredStar | | | |
| $8.55 POC | | | |
| 807. Flood Life of Loan Coverage to: First American Flood | | | |
| $5.00 POC | | | |
| 808. Flood Determination Fee to: First American Flood Data | | | |
| $10.50 POC | | | |
| 809. Underwriting Fee to: Quicken Loans Inc. | | | |
| $70.95 POC | $424.05 | | |
| 810. Processing Fee to: Quicken Loans Inc. | $575.00 | | |
| 888. TSI Appraisal Services | | | |
| $80.00 POC | | | |
| 900. Items Required by Lender to be Paid in Advance | | | |
| 901. Int. from 01/27/2009 to 02/01/2009 | | | |
| @ $ 30.38 per day for 5 days | $151.90 | | |
| 903. Homeowners Insurance Premium for 1 year to Farmers Insurance | 798.25 | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard Insurance 3 months @ $66.52 per month | $199.56 | | |
| 1004. County Taxes 7 months @ $307.42 per month | $2,151.94 | | |
| 1008. Aggregate Acct. Adjustment | $-133.06 | | |
| 1100. Title Charges Title Commitment# 03057083 | | | |
| 1101. Settlement/Closing Fee to: Title Source Inc - Notary | 265.00 | | |
| 1102. Abstract or Title Search to: TITLE SOURCE, INC | $150.00 | | |
| 1106. Notary Fees to: | $125.00 | | |
| 1108. Title Insurance to: TITLE SOURCE, INC. | $466.73 | | |
| Based on a Loan Amount of $250,025.00. | | | |
| 1112. EPA Endorsement to: TITLE SOURCE, INC. | $60.00 | | |
| 1113. Add'l Endorsement Fee to: Title Source Inc - Notary | $60.00 | | |
| 1116. Tax Certification Fee to: | $18.00 | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201b. Recording Mortgage Fee | $21.00 | 1520. TOTAL DISBURSED (enter on line 1603) | 232,795.35 |
| 1300. Additional Settlement Charges | | | |
| 1307. Express Mail/Courier Fees | $45.00 | | |
| 1400. Total Settlement Charges | | | |
| (enter on line 1602) | $11,629.00 | | |
| | | **N. NET SETTLEMENT** | |
| | | 1600. Loan Amount | $250,025.00 |
| | | 1601. Plus Deposit Previously Received | $0.00 |
| | | 1602. Minus Total Settlement Charges | $11,629.00 |
| | | (line 1400)  $500.00 POC | |
| | | 1603. Minus Total Disbursements to Others | $232,795.35 |
| | | (line 1520) | |
| | | 1604. Equals Cash to Borrower | $5,600.65 |
| | | (after expiration of any applicable rescission period required by law) | |

Fees showing with the label 'POC' will be paid outside of closing.

**Borrower(s) Signatures:**

_Sharon J. Sparlin_  01/22/2009   _Michael B. Sparlin_  01/22/2009
Sharon J. Sparlin   Date        Michael B. Sparlin    Date

_____ Date         _____ Date

VMP-504 rhud1.pcl 2007/09        form HUD-1A (2/94)
2047546774 01/16-17:30.59        ref. RESPA

# FEDERAL TRUTH-IN-LENDING STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Creditor: Quicken Loans Inc.
20555 Victor Parkway
Livonia, MI 48152

Sharon J. Sparlin and Michael B. Sparlin
9151 E Showcase Ln
Tucson, AZ 85749

Date: 01/22/2009  Prepared on 01/16/2009
Check box if applicable:

Loan Number: 3218892703
Property: 9151 E Showcase Ln Tucson, AZ 85749

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | [N/A] Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The Total cost of your purchase on credit including your downpayment of $ N/A |
| 4.653 % | $ 207,387.93 | $ 242,014.47 | $ 449,402.40 | $ N/A |

[N/A] REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit.
PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 360 | 1,248.34 | 03/01/2009 | N/A | N/A | N/A | N/A | N/A | N/A |

[N/A] DEMAND FEATURE: This obligation has a demand feature.
[N/A] VARIABLE RATE: This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit:
[N/A] Credit life insurance and credit disability    [xx] Property Insurance    [N/A] Flood Insurance
You may obtain the insurance from anyone you want that is acceptable to creditor.
[N/A] If you purchase [N/A] property [N/A] flood insurance from creditor you will pay $ N/A  for a one year term.
SECURITY: You are giving a security interest in: 9151 E Showcase Ln Tucson, AZ 85749
[N/A] The goods or property being purchased    [xx] Real property you already own.
FILING FEES: $ 21.00
LATE CHARGE: If your payment is more than 15 days late, a late charge of 5.000 % of the principal and interest payments will be assessed.
PREPAYMENT: If you pay off early, you
[N/A] may    [xx] will not    have to pay a penalty.
[N/A] may    [xx] will not    be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
[N/A] may    [N/A] may, subject to conditions    [xx] may not    assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
* means an estimate    [ ] all dates and numerical disclosures except the late payment disclosures are estimates.
The undersigned acknowledge receiving and reading a completed copy of this disclosure.
Neither you nor the creditor previously has become obligated to make or accept this loan, nor is any such obligation made by the delivery or signing of this disclosure.

_Sharon J. Sparlin_  01/22/2009          _Michael B. Sparlin_  01/22/2009
(Applicant) Sharon J. Sparlin    (Date)    (Applicant) Michael B. Sparlin    (Date)

_____  _____    _____  _____
(Applicant)                  (Date)    (Applicant)                  (Date)

NOTE: Payments shown above do not include reserve deposits for taxes, assessments, and property or flood insurance.
VMP -784 (0412).01          VMP Mortgage Solutions, Inc.   2047546778  01/16-17.31.00          12/04