

Title Security Agency of Arizona
1970 N. Kolb Rd.
Tucson, AZ 85715

6. ESCROW FILE NUMBER: 06133687-015 NA
7. LOAN NUMBER: 0008591601
8. MORTGAGE INSURANCE CASE NUMBER:

EXHIBIT 1

**ESTIMATED - Figures subject to change**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME OF BORROWER: | Michael B. Sparlin |
| ADDRESS OF BORROWER: | 7922 S. Clarkson Court<br>Tucson, AZ 85706 |
| E. NAME OF SELLER: | Title Security Agency Trust No. 855 |
| ADDRESS OF SELLER: | 7840 E. Broadway Blvd., #210<br>Tucson, AZ 85710 |
| F. NAME OF LENDER: | Universal American Mortgage Co., LLC |
| ADDRESS OF LENDER: | 311 Park Place Blvd., Suite 500<br>Clearwater, FL 33759-3999 |
| G. PROPERTY LOCATION: | 7922 S. Clarkson Court<br>Tucson, AZ 85706<br>Pima 141-09-21402<br>Lot 133 Vista Montana Estates Phase One, Book 96, Page 58 |
| H. SETTLEMENT AGENT: | Title Security Agency of Arizona |
| PLACE OF SETTLEMENT: | 1970 N. Kolb Rd., Tucson, AZ 85715 |
| I. SETTLEMENT DATE: | 01/03/2007 |
| PRORATION DATE: | 01/08/2007 |
| FUNDING DATE: | |

FILED ___ LODGED
RECEIVED ___ COPY
SEP 2 2 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract Sales Price | 197,534.00 | 401. Contract Sales Price | 197,534.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 7,472.62 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes 01/08/07-02/01/07 | 23.10 |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 205,006.62 | 420. Gross Amount Due to Seller | 197,557.10 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 177,700.00 | 502. Settlement charges to Seller (line 1400) | 5,330.79 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Builder Held Deposit | 10,000.00 | 506. Builder Held Deposit | 10,000.00 |
| 207. Seller Paid Closing Costs | 5,000.00 | 507. Seller Paid Closing Costs | 5,000.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes 01/01/07 - 01/08/07 | 6.74 | 510. City/Town Taxes 01/01/07-01/08/07 | 6.74 |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 192,706.74 | 520. Total Reductions In Amount Due Seller | 20,337.53 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from Borrower (line 120) | 205,006.62 | 601. Gross amount due to Seller (line 420) | 197,557.10 |
| 302. Less amount paid by/for Borrower (line 220) | 192,706.74 | 602. Less reductions in amount due Seller (line 52 | 20,337.53 |
| 303. Cash FROM Borrower: | 12,299.88 | 603. Cash TO Seller: | 177,219.57 |

| | | |
|---|---:|---:|
| 702. $ 5,000.00 to Prudential Aegis Realty | | |
| $ | | 5,000.00 |
| 703. Commission paid at settlement | | |
| 704. CAC Fee to Prudential Aegis Realty | 175.00 | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Loan Origination Fee 1% to Universal American Mortgage Co., LLC | 1,777.00 | |
| 802. Loan Discount Fee 1% to Universal American Mortgage Co., LLC | 1,777.00 | |
| 803. Appraisal Fee to Gene Cox | 300.00 | |
| 804. Credit Report to Landsafe | 12.00 | |
| 805. Lenders inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Tax Service Fee to Transamerican Tax Service | 73.00 | |
| 809. Doc Prep Fee to Universal American Mortgage Co., LLC | 325.00 | |
| 810. Underwriting Fee to Universal American Mortgage Co., LLC | 325.00 | |
| 811. **See attached for breakdown | 12.00 | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Interest from 01/08/07 to 02/01/07 @$36.5137/day (24 days) | 876.33 | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium for 1 Yr Year(s) to Farmers Insurance | 397.44 | |
| 904. | | |
| 905. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Hazard Insurance 3 months @$33.12 per month | 99.36 | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes 1 months @$16.67 per month | 16.67 | |
| 1005. Annual Assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Adjustment   months @$ | 66.24- | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Title Security Agency of Arizona | 329.00 | 40.00 |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance | | |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage $   177,700.00 | 533.00 | |
| 1110. Owner's coverage $    197,534.00 | | 25.00 |
| Lender's coverage $ | | |
| Lender's coverage $ | | |
| 1111. Recording Service Charge to Title Security Agency of Arizona | 48.00 | 2.00 |
| 1112. | | |
| 1113. **See attached for breakdown | 117.50 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees: | | |
| 1202. City/County tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. City Transfer Tax | | |
| 1205. County Transfer Tax | | |
| 1206. | | |
| 1207. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection | | |
| 1303. 2nd 1/2 2007 #141-09-21402 to Pima County Treasurer | | 175.67 |
| 1304. Final Inspection to Gene Cox | 50.00 | |
| 1305. Transfer Fee to Lewis Management Inc | 75.00 | |
| 1306. Capital Reserves to Vista Montana HOA | 75.00 | |
| 1307. **See attached for breakdown | 145.56 | 88.12 |

Attachments:  
Escrow Number: 06133887-015 NA  
OMB No. 2502-0265

### BREAKDOWN OF NEW LOAN(S)

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Universal American Mortgage Co., LLC, 311 Park Place Blvd., Clearwater, FL 33759-3999, Loa | 177,700.00 | |
| Total of New Loans. | 177,700.00 | |

### HUD 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 812. Flood Determination Fee to First American Flood Data | 7.00 | |
| 813. Life of Loan Flood Cert to First American Flood Data | 5.00 | |
| Total as shown on HUD Page 2 Line #811. | 12.00 | |

### HUD 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1114. Title Endorsement to Title Security Agency of Arizona | 50.00 | |
| 1115. Wire Fee to Title Security Agency of Arizona | 20.00 | |
| 1116. EDocFee to Title Security Agency of Arizona | 25.00 | |
| 1117. Courier Fee to Title Security Agency of Arizona | 22.50 | |
| Total as shown on HUD Page 2 Line #1113. | 117.50 | |

### HUD 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1308. Working Capital to Vista Montana HOA | 75.00 | |
| 1309. Bal of 1st 1/4 HOA Dues to Vista Montana HOA | 70.56 | 1.26 |
| 1310. Home Warranty to 2-10 Home Buyers Warranty | | 86.86 |
| Total as shown on HUD Page 2 Line #1307. | 145.56 | 88.12 |

| A | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | | TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|---|---|
| | Title Security Agency of Arizona<br>1970 N. Kolb Rd.<br>Tucson, AZ 85715 | | 1. ☐ FHA  2. ☐ FMHA  3. ■ CONV. UNINS.<br>4. ☐ VA  5. ☐ CONV. INS. | | |
| | | | 6. ESCROW FILE NUMBER:<br>06133066-015_NA | | 7. LOAN NUMBER:<br>0006201667 |
| | FINAL | | 8. MORTGAGE INSURANCE CASE NUMBER: | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: Michael Sparlin and Sharon Sparlin

ADDRESS OF BORROWER: 9151 E. Showcase Lane, Tucson, AZ 85749

E. NAME OF SELLER: Title Security Agency Trust No. 863

I HEREBY CERTIFY THIS DOCUMENT TO BE A TRUE AND CORRECT COPY

ADDRESS OF SELLER: 7840 E. Broadway, #210, Tucson, AZ 85710

F. NAME OF LENDER: Universal American Mortgage Co., LLC
ADDRESS OF LENDER: 311 Park Place Blvd., Suite 500, Clearwater, FL 33759-3999

G. PROPERTY LOCATION: 491 S. Douglas Wash Road, Vail, AZ 85641
Pima 305-28-42206
Lot 69 of Oasis at Santa Rita, Book 59, Page 50

H. SETTLEMENT AGENT: Title Security Agency of Arizona
PLACE OF SETTLEMENT: 1970 N. Kolb Rd., Tucson, AZ 85715

I. SETTLEMENT DATE: 01/25/2007  PRORATION DATE: 01/30/2007  FUNDING DATE: 01/30/2007

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract Sales Price | 195,000.00 | 401. Contract Sales Price | 195,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 6,159.41 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in Advance: | | Adjustments For Items Paid By Seller in Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 201,159.41 | 420. Gross Amount Due to Seller | 195,000.00 |
| 200. Amounts Paid by or in behalf of Borrower: | | 500. Reductions In Amount Due To Seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 175,500.00 | 502. Settlement charges to Seller (line 1400) | 6,030.66 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. BUYER PAID CLOSING FUNDS | 10,634.26 | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Builder Held Deposit | 10,000.00 | 506. Builder Held Deposit | 10,000.00 |
| 207. Seller Paid Closing Costs | 5,000.00 | 507. Seller Paid Closing Costs | 5,000.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes 01/01/07 - 01/30/07 | 25.15 | 510. City/Town Taxes 01/01/07-01/30/07 | 25.15 |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 201,159.41 | 520. Total Reductions in Amount Due Seller | 21,055.81 |
| 300. Cash at Settlement from/to Borrower: | | 600. Cash at Settlement to/from Seller: | |
| 301. Gross amount due from Borrower (line 120) | 201,159.41 | 601. Gross amount due to Seller (line 420) | 195,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | 201,159.41 | 602. Less reductions in amount due Seller (line 52) | 21,055.81 |
| 303. Cash FROM/TO Borrower: | 0.00 | 603. Cash TO Seller: | 173,944.19 |

Hudo rpt (08/16/2004)

Printed by Tracy Wheeler on 01/30/2007 at 02:51:01 PM

OMB No. 2502-0265

ESCROW FILE NUMBER: 06133066-015 NA

| L. SETTLEMENT CHARGES: | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission: | | |
| Based on Price $195,000.00 @ % = 5,700.00 | | |
| Division of Commission (line 700) follows: | | |
| 701. $ to | | |
| 702. $ 5,700.00 to Prudential Aegis Realty | | |
| $ to | | |
| 703. Commission paid at settlement | | 5,700.00 |
| 704. | | |
| 800. Items Payable In Connection With Loan: | 1,755.00 | |
| 801. Loan Origination Fee 1% to Universal American Mortgage Co., LLC | 1,755.00 | |
| 802. Loan Discount Fee 1% to Universal American Mortgage Co., LLC | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lenders Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | 315.00 | |
| 808. Application Fee to Universal American Mortgage Co., LLC | 73.00 | |
| 809. Tax Service Fee to Transamerican Tax Service | 325.00 | |
| 810. Underwriting Fee to Universal American Mortgage Co., LLC | 362.00 | |
| 811. **See attached for breakdown | | |
| 900. Items Required By Lender To Be Paid In Advance: | 72.12 | |
| 901. Interest from 01/30/07 to 02/01/07 @$36.0618/day (2 days) | | |
| 902. Mortgage Insurance Premium | 486.72 | |
| 903. Hazard Insurance Premium for 1 yr Year(s) to Farmers Insurance | | |
| 904. | | |
| 905. | | |
| 1000. Reserves Deposited With Lender: | 121.68 | |
| 1001. Hazard Insurance 3 months @$40.56 per month | | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | 16.67 | |
| 1004. County Property Taxes 1 months @$16.67 per month | | |
| 1005. Annual Assessments | | |
| 1006. | | |
| 1007. | 66.67- | |
| 1008. Aggregate Adjustment months @$ | | |
| 1100. Title Charges: | 251.75 | 40.00 |
| 1101. Settlement or closing fee to Title Security Agency of Arizona | | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title Insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance | | |
| (includes above item numbers: ) | 373.10 | |
| 1109. Lender's coverage $ 175,500.00 | | 25.00 |
| 1110. Owner's coverage $ 195,000.00 | | |
| Lender's coverage $ | | |
| Lender's coverage $ | 25.00 | 2.00 |
| 1111. Recording Service Charge to Title Security Agency of Arizona | 50.00 | |
| 1112. Endorsement Fee to Title Security Agency of Arizona | 67.50 | |
| 1113. **See attached for breakdown | | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording Fees: | | |
| 1202. City/County tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. City Transfer Tax | | |
| 1205. County Transfer Tax | | |
| 1206. | | |
| 1207. | | |
| 1300. Additional Settlement Charges: | | |
| 1301. Survey to | | |
| 1302. Pest Inspection | | 158.28 |
| 1303. 2nd 1/2 2006 305-28-42208 to Pima County Treasurer | 75.00 | |
| 1304. Transfer Fee to Lewis Management Inc | 60.00 | |
| 1305. Working Capital to Oasis at Santa Rita HOA | 41.54 | 4.76 |
| 1306. Bal of 1st 1/4 HOA Dues to Oasis at Santa Rita HOA | | 100.62 |
| 1307. Home Warranty to 2-10 Home Buyers Warranty | | |
| 1400. Total Settlement Charges (Enter on line 103, Section J -and- line 502, Section K) | 6,159.41 | 6,030.66 |

Printed by Tracy Wheeler on 01/30/2007 at 02:51:01 PM

Hudc.rpt (08/16/2004)

Attachments:

Escrow Number: 06133066-015 NA

OMB No. 2502-0265

### BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Universal American Mortgage Co., LLC, 311 Park Place Blvd., Clearwater, FL 33759-3999, Loa | 175,500.00 | |
| Total of New Loans. | 175,500.00 | |

### HUD 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 812. Doc Prep Fee to Universal American Mortgage Co., LLC | 325.00 | |
| 813. Verification Fees to Universal American Mortgage Co., LLC | 25.00 | |
| 814. Flood Determination Fee to First American Flood Data | 7.00 | |
| 815. Life of Loan Flood Cert to First American Flood Data | 5.00 | |
| Total as shown on HUD Page 2 Line #811. | 362.00 | |

### HUD 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1114. Shipping and Handling to Title Security Agency of Arizona | 22.50 | |
| 1115. Wire Fee to Title Security Agency of Arizona | 20.00 | |
| 1116. EDoc Fee to Title Security Agency of Arizona | 25.00 | |
| Total as shown on HUD Page 2 Line #1113. | 67.50 | |

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

VO4D700

**LENDER OR LENDER'S AGENT:**
Universal American Mortgage Company, LLC
5151 East Broadway Suite 320, TUCSON, ARIZONA 85711

[X] Preliminary   [ ] Final

**BORROWERS:** Michael Sparlin

**DATE:** December 19, 2006
**LOAN NO.:** 0008591661
**Type of Loan:** Conventional
4354 CW Expanded Criteria 5/1 Libor No Ratio interest only
Interest Only
**Interest Rate:** 7.500%

**ADDRESS:** 9151 E Showcase
**CITY/STATE/ZIP:** TUCSON, ARIZONA 85749
**PROPERTY:** 7922 S Clarkson Court, Tucson, ARIZONA 85763

| ANNUAL PERCENTAGE RATE (e) The cost of your credit as a yearly rate. | FINANCE CHARGE (e) The dollar amount the credit will cost you. | Amount Financed (e) The amount of credit provided to you or on your behalf. | Total of Payments (e) The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.5712 % | $ 305,775.67 | $ 168,228.30 | $ 474,003.97 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 60 | 1,232.96 | May 1st, 2007 | | | |
| 60 | 1,430.46 | May 1st, 2012 | | | |
| 239 | 1,309.19 | May 1st, 2017 | | | |
| 1 | 1,302.36 | Apr 1st, 2037 | | | |

**(e) means estimate**

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
[X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.   **Current Index:** 5.208%

**SECURITY:** You are giving a security interest in the property located at: 7922 S Clarkson Court, Tucson, ARIZONA 85763

**ASSUMPTION:** Someone buying this property [ ] cannot assume the remaining balance due under original mortgage terms
[X] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 40.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of $ **** with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of $0.00 for a 0.00 year term.
**** For detailed requirements refer to the Lender's "Insurance Requirements" form.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000 % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not   have to pay a penalty.
[ ] may [X] will not   be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Michael Sparlin _____ DATE   _____ DATE

_____ DATE   _____ DATE

UA788 (0101)   VMP MORTGAGE FORMS - (800)521-7291   Page 1 of 2   4/00
© 2001 CBF Systems, Inc. The contents of this form in whole or in part are protected under the copyright laws of the United States.   Revised: 9/01/06

# TRUTH IN LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

VO4D700

[X] Preliminary   [ ] Final

**LENDER OR LENDER'S AGENT:**
Universal American Mortgage Company, LLC
5151 East Broadway Suite 320, TUCSON, ARIZONA 85711

DATE: December 07, 2006
LOAN NO.: 0008201667
Type of Loan: Conventional
4353 CW Expanded Criteria 5/1 Libor No Ratio

**BORROWERS:** Michael Sparlin

ARM
Interest Rate: 7.500%

**ADDRESS:** 9151 E Showcase
**CITY/STATE/ZIP:** TUCSON, ARIZONA 85749
**PROPERTY:** 491 South Douglas Wash Road, VAIL, ARIZONA 85641

| ANNUAL PERCENTAGE RATE (e) The cost of your credit as a yearly rate. | FINANCE CHARGE (e) The dollar amount the credit will cost you. | Amount Financed (e) The amount of credit provided to you or on your behalf. | Total of Payments (e) The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.5005 % | $ 237,223.50 | $ 155,450.07 | $ 392,673.57 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | 1,090.78 | Mar 1st, 2007 | | | |
| 1 | 1,083.55 | Feb 1st, 2037 | | | |

(e) means estimate

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
[X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.   Current index: 5.300%

**SECURITY:** You are giving a security interest in the property located at: 491 South Douglas Wash Road, VAIL, ARIZONA 85641

**ASSUMPTION:** Someone buying this property [ ] cannot assume the remaining balance due under original mortgage terms
[X] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 40.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of $ **** with a mortgagee clause to the lender
is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard Insurance [ ] is [X] is not available through the lender at an estimated cost of $0.00 for a 0.00 year term.
**** For detailed requirements refer to the Lender's "Insurance Requirements" form.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000 % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Michael B. Sparlin_   12/11/06
Michael Sparlin   DATE

_____   _____
                  DATE

_____   _____
DATE              DATE

UA788 (0101)   VMP MORTGAGE FORMS - (800) 521-7291   Page 1 of 2   4/00
© 2001 CBF Systems, Inc. The contents of this form in whole or in part are protected under the copyright laws of the United States.   Revised: 9/01/06