Douglas C. Erickson, 012130
derickson@mmcec.com
Jennifer A. Sparks, No. 017502
jsparks@mmcec.com
**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Chase Home Finance LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael B. & Sharon J. Sparlin,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Chase Home Finance LLC,<br><br>　　　　　Defendant. | No. CV10-508-TUC-FRZ<br>Consolidated as CV10-503-FRZ<br><br>**MOTION TO STRIKE PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS** |

Defendant Chase Home Finance LLC ("CHF") respectfully moves this Court, pursuant to Rule 11, Federal Rules of Civil Procedure, and Local Rule 7.2(m)(1), to strike Plaintiffs' Motion for Rule 11 Sanctions. This motion is supported by the following memorandum of points and authorities, which is incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs' motion is not authorized by the rules. The motion was not presented to undersigned counsel prior to its being filed with the Court. Rule 11 provides, in pertinent part, "[t]he motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Rule 11(c)(2), Federal Rules of Civil Procedure. Thus, it should be stricken, pursuant to L.R.Civ. 7.2(m)(1), because it is not authorized by a statute, rule, or court order.

1  In the alternative, the Court should deny the Rule 11 motion because it is meritless on its face. There is nothing improper, let alone violative of Rule 11, in the pending defense motion. Even if arguably there were some defect, any Rule 11 issues should considered only after the merits of the defense motion are determined.

RESPECTFULLY SUBMITTED this 29th day of September, 2010.

**MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.**


By /s/Douglas C. Erickson
Douglas C. Erickson
Jennifer A. Sparks
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012-2443
Attorneys for Chase Home Finance LLC

**ORIGINAL** of the foregoing e-filed this 29th day of September, 2010, with:

Clerk of the Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

**COPY** of the foregoing electronically delivered this 29th day of September, 2010, to:

Honorable Frank R. Zapata
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5160
Tucson, AZ 85701-5050

**COPY** of the foregoing mailed this 29th day of September, 2010, to:

Michael and Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ 85749
Plaintiffs pro per

By /s/Stacey Tanner

- 2 -