Douglas C. Erickson, 012130
derickson@mmcec.com
Jennifer A. Reiter, No. 017502
jreiter@mmcec.com
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Chase Home Finance LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael B. & Sharon J. Sparlin,<br><br>            Plaintiffs,<br><br>v.<br><br>Chase Home Finance LLC,<br><br>            Defendant. | No. CV 10-503-TUC-FRZ<br>No. CV 10-507-TUC-FRZ<br>No. CV 10-508-TUC-FRZ<br>**CONSOLIDATED**<br><br>**RESPONSE IN OPPOSITION TO PETITION FOR TEMPORARY INJUNCTION** |

Defendant Chase Home Finance LLC ("CHF") respectfully submits this Response in Opposition to Petition for Temporary Injunction. The response is supported by the following memorandum of points and authorities, which is incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

In essence, Plaintiffs seek a preliminary injunction, but whether treated as an application for a temporary restraining order or a preliminary injunction, Plaintiffs must show a likelihood of success on the merits. For the reasons stated in CHF's Motion to Dismiss, which is incorporated herein, Plaintiffs are unlikely to prevail. In addition, if the Court considered the full test, it would evaluate four factors. "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. NRDC, Inc.*, ___ U.S. ___, 129 S. Ct. 365, 374

1  (2008).  Plaintiffs clearly have not met their burden as to a single factor.  Therefore, any
2  injunctive relief should be denied.

3      RESPECTFULLY SUBMITTED this 1st day of October, 2010.

4      **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

6      By /s/Douglas C. Erickson
      Douglas C. Erickson
7      Jennifer A. Reiter
      3200 North Central Avenue, Ste. 1800
8      Phoenix, Arizona  85012-2443
      Attorneys for Chase Home Finance LLC

9  **ORIGINAL** of the foregoing e-filed this 1st day of October, 2010, with:

10  Clerk of the Court
11  Evo A. DeConcini U.S. Courthouse
     405 West Congress Street
12  Tucson, AZ 85701

13  **COPY** of the foregoing electronically delivered this 1st day of October, 2010, to:

14  Honorable Frank R. Zapata
     United States District Court
15  Evo A. DeConcini U.S. Courthouse
     405 West Congress Street, Suite 5160
16  Tucson, AZ 85701-5050

17  **COPY** of the foregoing mailed this 1st day of October, 2010, to:

18  Michael and Sharon Sparlin
     9151 E. Showcase Lane
19  Tucson, AZ 85749
     Plaintiffs pro per

21  By  /s/Stacey Tanner