IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael & Sharon Sparlin, ) | No. CV 10-503-TUC-FRZ |
| ) | No. CV 10-507-TUC-FRZ |
| Plaintiffs, ) | No. CV 10-508-TUC-FRZ |
| ) | **CONSOLIDATED** |
| vs. ) | |
| ) | |
| Bank of America Home Loans, Chase ) | **ORDER** |
| Home Finance, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Plaintiffs' motion for leave to file an amended complaint (Doc. 27) is granted to the extent that the Court previously ordered Plaintiffs' to file an amended complaint in compliance with the Court's Order (Doc. 26); therefore, they were already granted leave to file the Amended Complaint at issue.[1]

    DATED this 1st day of November, 2010.

_____
Frank R. Zapata
Senior United States District Judge

---

[1] This Order has no bearing on the issue of whether the Amended Complaint complies with the Court's previous Order, or whether Plaintiffs' have stated any claims. Presumably, these issues will be addressed in relation to motions to dismiss, or other dispositive motions, that will likely be filed by Defendants.