| | |
|---|---|
| Name: | **MICHAEL BENSON SPARLIN** and |
| | **SHARON JEANETTE SPARLIN** H/W |
| Address: | 9151 E Showcase Lane |
| City, State, Zip: | Tucson, AZ  85749 |
| Daytime Phone: | 520-760-0200 |
| *Representing Self, Without a Lawyer* | |

FILED ___  LODGED ___
RECEIVED ___  COPY ___

NOV 29 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**MICHAEL BENSON SPARLIN** and
**SHARON JEANETTE SPARLIN** H/W
Plaintiffs

v

**CHASE HOME FINANCE** and
**JPMORGAN CHASE & CO** and
**BAC HOME LOANS SERVICING, L.P.** and
**BANK OF AMERICA N.A**
Defendants

CASE NO:  CV 10-503-TUC-FRZ
CV 10-507-TUC-FRZ
CV 10-508-TUC-FRZ
<u>CONSOLIDATED</u>

**MOTION TO EXTEND
TIME TO RESPONSE TO
DEFENDANTS MOTION TO
DISMISS**

(Hon Frank Zapata)

Plaintiffs move the court to extend the time to respond to the Defendants BAC Home Loans Servicing, L.P. and Bank of America, N.A. Motion to Dismiss which Defendants filed on November 15, 2010, as authorized by Federal Rule of Civil Procedure 6(b).

<u>A.  Introduction</u>

1. Petitioners are Michael Benson Sparlin and Sharon Jeanette Sparlin, 9151 E Showcase Lane, Tucson, Arizona 85749.

2. Currently known defendants are Chase Home Finance ("CHASE"), JPMorgan Chase & Co ("JPCHASE"), BAC Home Loans Servicing, L.P. ("BAC") and Bank of America, N.A. ("BOA").

3. Plaintiffs filed their Original Complaint on August 19, 2010.

4. Plaintiffs have filed this Motion to Extend Time as soon as they became aware of the need for additional time and before the deadline.

<u>B.  Argument</u>

5. The court may grant a request to extend time for good cause. Fed. R. Civ. P.

6(b)(1)(A); see *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

6. Plaintiff requests an extension of time to respond to the Defendants Motion to Dismiss which was filed on November 15, 2010 because the legal issues to be addressed are complex and require additional research that cannot be completed before the deadline. Plaintiff has found it difficult to properly address the issues at hand. Plaintiff, not being practiced in the courts, does not have the same access to the materials necessary to frame proper pleadings as the Defendant does. Plaintiff is awaiting a forensic audit. The Plaintiff is requesting 30 more days to prepare a responsive pleading to Defendant BAC and BOA Motion to Dismiss.

8. Plaintiffs request to extend time is for good cause and is not intended to delay these proceedings. See Fed. R. Civ. P. 6(b)(1)(A).

## C. Conclusion

10. WHEREFORE, Plaintiffs move this court to extend the time to respond to the Defendant BOA and BAC Motion to Dismiss.

*Sharon J Sparlin*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above has been furnished by U.S. Mail on this 26th day of November, 2010 to the following:

MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.
Douglas C Erickson, #012130
Jennifer A Reiter, #017502
3200 North Central Avenue, Ste 1800
Phoenix, Arizona 85012
   *Attorneys for Defendants Chase Home Finance, LLC and JPMorgan Chase & Co*

BRYAN CAVE LLP
Robert W Shely #014261
Coree E Neumeyer #025787
Michael B Dvoren #027386
Two North Central Avenue, Ste 2200
Phoenix, Arizona  85004-4406
   *Attorneys for Defendants BAC Home Loans Servicing, LP and Bank of America, NA*

*Sharon J Sparlin*