EXHIBIT 1
CASE # 10-503

## 3270 Explorer
### JPMORGAN CHASE -- 465

**Loan Number:** 1973297996  **Borrower Name:** SPARLIN, SHARON J

```
SER1 1973297996                  CUSTOMER SERVICE   INV 473/867  05/03/10   09:22:01
SHARON J SPARLIN                 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 0C  TYPE CONV. RES.              MAN 0
MICHAEL B SPARLIN                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     IR  4.37500  BR 00     520-760-0200
9151 E SHOWCASE LN               TUCSON AZ 85749                      1 520-760-0200
                                                                      :
-----~HIST--------------------* LOAN HISTORY *------------------------(MORE)
 PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION              TRAN-EFFECTIVE-DATE
    TRAN-AMT    PRINCIPAL    INTEREST     ESCROW    AMOUNT/CD/DESCRIPTION
 04-16-10  04-10   152  LATE CHARGE ASSESSMENT
       0.00         0.00         0.00        0.00    62.42-1 LATE CHARGE
 04-09-10  04-10   312  COUNTY TAX
   1,882.99-        0.00         0.00    1,882.99-   PAYEE =    02019
                                           373.94
 02-03-10  03-10   172  PAYMENT
   1,622.28       351.82       896.52      373.94
              245,549.66                 2,256.93
 02-03-10  02-10   172  PAYMENT
   1,622.28       350.55       897.79      373.94
              245,901.48                 1,882.99

---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PENDING PAYOFF AS OF 05/26/10 QUOTED 04/26/10 BY (S8
LOAN PAST DUE  2 MONTHS              INTEREST EARNED IN ARREARS
LOAN 30 DAYS DELINQUENT 1 OR MORE TIMES LAST 12 MONTHS
```

# Sharon Sparlin

| | |
|---|---|
| **Subject:** | Hear back from Chase 800-848-9136 about refund of $1622.28 |
| **Due Date:** | Tuesday, February 16, 2010 |
| **Status:** | Not Started |
| **Percent Complete:** | 0% |
| **Total Work:** | 0 hours |
| **Actual Work:** | 0 hours |
| **Owner:** | Sharon Sparlin |

**Loan 1973297996**
Paid $1622.28 twice on 2/3/10

2/15/10  1:10pm
Called 800-848-9136 and spoke with Ron Dozina in Manila. He said I needed to send a copy of bank statement. Told him I wouldn't do that. He put me on hold to check with someone else. Won't give the money back without a copy of my bank statement. Told him I wouldn't send my personal date to them and asked for a conf call with the bank to verify that the 2 payments were sent in error or to have a Supervisor waive the bank statement requirement. Told him if they didn't do that for me I would stop making all payments and file a lawsuit on them. Terri Somera in Manila at 866-513-4023 ext 2121896.

2/12/10  7:30am
Called 800-848-9136 and spoke with Victor in Manila. He said wouldn't refund unless I gave them a copy of my bank statement. I refused and asked for a Supervisor. He put me on hold and came back and said no supervisor available but that they would say the same thing. I told him I wouldn't give them a copy of my bank statement and to get a Supervisor. Was transferred to Charm Santos in Manila. Refused to refund without copy of bank statement. I asked for her Supervisor. Was transferred to Joyce Foronda in Manila. She would not refund without copy of bank statement. Told her I wanted to speak with her Supervisor. She said she would transfer me to an American Supervisor. Transferred to Murial Thomas in Louisiana. Would not refund without copy of the bank statement. I refused and asked for a Supervisor to simply call the bank and verify the error. Told her I couldn't hold on I had to work and would not be available until after 1PM MST. She said she would have a Supervisor call me later today.

2/12/10  6:30am
Received a call (didn't get her name) saying they wouldn't refund unless I provided a copy of my bank statement showing the charge twice. I told her that was not necessary and I wasn't going to give them a copy of my personal information. I asked for a Supervisor – she put me on hold and then the call dropped.

2/8/10  4:15p
Called and spoke with Niel Salizar in Manila. **Case #123418385.** Should handle within 7 days. Told him I needed a letter tomorrow to get a credit issued from my bank. He said he will request a rush.

1

*EX/1/10; 2*
*CASE # 10-503*

February 8, 2010

Chase Home Finance
Fax  614-422-7575

Re: **Loan  1973297996**
   MICHAEL B. AND SHARON J SPARLIN
   Property:  9151 E Showcase Lane, Tucson, AZ 85749

Dear Sirs,

In line with my phone conversation earlier today I would like to request a refund of $1622.28 for a double payment that was made on 2/3/2010.

This was an online bill pay function that was sent twice in error. Would you please confirm via email to ssparlin@dakotacom.net that the $1622.28 is being refunded and what the time frame will be to receive that.   The check can be made payable to Michael OR Sharon Sparlin and mailed to the address below.

Sincerely,

Sharon Sparlin
9151 E Showcase Lane
Tucson, AZ  85749
Ph:  520-760-0200

SS/sjs

Chase Home Finance LLC  (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 848-9136 Customer Care
(800) 582-0542 TDD / Text Telephone

**CHASE**

*EXHIBIT 4*
*CASE #10-503*



February 12, 2010

00027-01 IF1A 047-000000000000
Sharon J. Sparlin
Michael B. Sparlin
9151 E Showcase Lane
Tucson, AZ 85749

Re: Loan Number ******7996

**Confirmation of Your Inquiry**

Dear Sharon J. Sparlin and Michael B. Sparlin:

I am writing in response to the inquiry Chase received about the loan referenced above.

We are unable to process your refund request without additional information from you. Please resubmit your refund request along with a complete unaltered bank statement showing your name, the bank name, the bank account and the balance before and after each transaction. Please send the information to:

Chase
Payment Department
P.O. Box 24696
Columbus, OH 43224
Fax (614) 422-7575

Once we receive all the information, we will research the issue. You will receive a written confirmation once we complete our research.

Chase's goal is to provide the highest level of quality service to each of our customers. If you have any questions, please contact Customer Care at (800) 848-9136.

We appreciate your business and value our relationship with you.

Sincerely,

*[signature]*

Stephanie Joan A. Daweg
Operations Specialist
Payment Research