```
                                                            13772
RECORDED BY: LAM                            PAGE:              612
            DEPUTY RECORDER                 NO. OF PAGES:        2
            6545    EAST-2                   SEQUENCE:   20100560180
W                                                        03/24/2010
MICHAEL BENSON SPARLIN                      DEFLT            14:32
9151 E SHOWCASE LN
TUCSON AZ  85749                            MAIL
                                            AMOUNT PAID   $   10.00
```



Tucson, AZ 85749

**To:**

**QUICKEN LOANS, INC.**
20555 Victor Parkway
LIVONIA, MI 48152
FEDEX # *8703 3823 2295*

_EXHIBIT 8_
_CASE #10-503_

**CHASE HOME FINANCE, LLC**
26 SUMMER STREET
BRIDGEWATER, MA 02324-2626
FEDEX # *8703 3823 2300*

Dated: March 24, 2010

Re: Deed of Trust Record:  Docket 13491, Page 3366, Sequence 20090260674
    Record Date February 9, 2009; APN: 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; Original Loan #3218892703
    Commonly known address:  9151 E. SHOWCASE LANE, TUCSON, AZ 85749

## NOTICE OF DEFAULT

To: All parties addressed above

**TRUSTOR(S)/GRANTOR(S):** Michael Benson Sparlin and Sharon Jeanette Sparlin do hereby give Notice that the above listed parties have failed to provide Full Disclosure of the Mortgage Loan Process noted above, as required by law and as requested in the CONSTRUCTIVE LEGAL NOTICE OF LAWFUL DEBT VALIDATION DEMAND dated February 19, 2010 and received by the above named parties on February 23, 2010.

TRUSTEES/GRANTEES were provided 20 business days under Federal Law to respond/answer to the CONSTRUCTIVE LEGAL NOTICE which fully addressed the issue of full disclosure of the entire alleged loan mortgage/deed of trust process, yet failed to respond in the time specified. They have had since January 22, 2009 to provide full disclosure of the Mortgage Loan Process as required under Federal Law.  They have failed to comply.

## LET IT BE KNOWN

All the above named "Trustee, Successor Trustee(s), Beneficiary(s)", or Assigns, Substitutes, known or unknown are hereby in DEFAULT for their failure to provide FULL DISCLOSURE to Michael Benson Sparlin and Sharon Jeanette Sparlin, and this DEFAULT is cause for canceling the entire alleged loan mortgage/deed of trust process and rescinding of said signatures of Michael Benson Sparlin and Sharon Jeanette Sparlin.

**ACTUAL AND CONSTRUCTIVE NOTICE**

All Trustee(s), Successor Trustee(s), and Beneficiary(ies) named in Deed of Trust by Trustor(s) dated January 22, 2009 and recorded February 9, 2009 under Deed of Trust Instrument Docket 13491, Page 3366, Sequence 20090260674 are hereby removed/released/dismissed of all duties, expressed or implied, effective immediately. The aforesaid Trustee(s), Successor Trustee(s), and Beneficiary(s) are expressly directed to **CEASE** and **DESIST** any further duties/actions of said appointment(s), or assignment(s) including debt collections and any foreclosure actions under any number. Any continued actions of any nature against the property described above may result in legal actions being taken.


_____          _____
Michael Benson Sparlin                    Sharon Jeanette Sparlin


State of **ARIZONA**              )
                                  ) ss
County of Pima                    )

**Subscribed and sworn to** (or affirmed) before me on this ___24th___ day of

___March_____, 2010, by _Michael Benson Sparlin & Sharon Jeanette Sparlin_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me.


_____
Notary                                    (seal)

___9/17/13_____
My commission expires

OFFICIAL SEAL
BARBARA K. DORR
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Sept. 17, 2013