```
F. WHEN RECORDED RETURN TO:                    PAGE:                    614
RECORDED BY: LAM                                NO. OF PAGES:              3
            DEPUTY RECORDER                     SEQUENCE:        20100560181
            6545     EAST-2                                       03/24/2010
W                                               NOTICE                 14:32
MICHAEL BENSON SPARLIN
9151 E SHOWCASE LN                              MAIL
TUCSON AZ  85749                                AMOUNT PAID      $     10.00
```

Tucson, AZ 85749

**To:**
**QUICKEN LOANS, INC.**
20555 Victor Parkway
LIVONIA, MI 48152
FEDEX # 8703 3823 2295

EXHIBIT 9
CASE #10-503

**CHASE HOME FINANCE, LLC**
26 SUMMER STREET
BRIDGEWATER, MA 02324-2626
FEDEX # 8703 3823 2300

Dated: March 24, 2010

Re: Deed of Trust Record: Docket 13491, Page 3366, Sequence 20090260674
    Record Date February 9, 2009; APN: 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; Original Loan #3218892703
    Commonly known address: 9151 E. SHOWCASE LANE, TUCSON, AZ 85749

## NOTICE OF RIGHT TO CANCEL
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

Attention: Alleged Lender

**Parties:** MICHAEL BENSON SPARLIN/SHARON JEANETTE SPARLIN (Alleged Borrower(s) hereinafter "**Borrower**") and UNIVERSAL AMERICAN MORTGAGE COMPANY and COUNTRYWIDE (Alleged Lender(s) hereinafter "**Lender**")

This communication will serve as our **NOTICE OF RIGHT TO CANCEL** dated February 26, 2010. TILA (Trust in Lending Act, 15 USC § 1601 et seq; 12 CFR Part 226) allows three (3) years to review Disclosure Documents. The referenced 'Three Day Right to Cancel' must have a trigger to begin. That trigger is when the Lender has provided the Borrower with ALL of the required Disclosures under TILA, and that the same are true, complete, accurate, and timely provided.

Being as the entire purported loan/mortgage process and Deed of Trust referenced herein and throughout, was obtained by wrongful acts of fraud, fraudulent inducement, concealment, and fraudulent misrepresentation, the borrower has other recourse, right, and cause of action under numerous state and federal statutes. Acts of fraud taint/void everything it touches as the US Supreme Court has declared: **"There is no question of the general doctrine that fraud**

**vitiates the most solemn contracts, documents, and even judgments."** (United States v. Throckmorton, 98 U.S. 61)

To this date, Lender has never provided Borrower with true, complete, accurate or timely documents as required. ONLY AFTER such provision has been done, can the '3 DAY RIGHT TO CANCEL' period begin. If the required full Disclosure(s) have not been provided, then the period in which to Cancel is extended for up to three (3) years, OR until Lender moves to foreclose.

The records thus far evidence that Borrower has requested to cancel within the stipulated three year time period, while still waiting to receive all Truth-in-Lending disclosures as required by Federal Law, which have never been provided.

A close perusal/audit of Borrower mortgage documents has revealed certain Disclosure Violations; and that the Borrower has the remedial right and remedy (UCC 1-201 (32) (34)), inter alia, to invoke their Right of Rescission (ROR) as further evidenced by the original NOTICE OF RIGHT TO CANCEL. You will also please find Borrower's signed and dated NOTICE to the Lenders, Successor and Beneficiary as stated on the NOTICE OF RIGHT TO CANCEL, if provided in the loan package. If such Notice was not provided, **this written Notice of communication is provided in lieu thereof.**

After sufficient NOTICE has been given to Lender, the Lender is required by Federal Law to CANCEL any lien(s) and to CANCEL any security interest on the Borrower's home within twenty (20) business days. The Lender must also return any money, interest, fee and/or property to Borrower, as well as any money/funds given to any persons or other fiction in law/entity in connection with said transaction.

In accordance with both State and Federal law or until the Lender complies, Borrower may retain the proceeds of the transaction. If it should be 'impractical' or 'unfair' for the Borrower to return the property when gross discrepancies, fraud, or other wrongful acts are discovered – then he/she/they may offer its 'Reasonable Value'.

In the event the Lender should fail or refuse to take possession of the property or return the borrower's money offer within twenty (2) business days, Borrower may then regain/acquire all rights to clear title and re-conveyance under Federal Law and provisions of TILA.

Additionally, Borrower has the right to offer Lender a Reasonable Value. However, the penalty that a bank can face for violations of TILA and other State and Federal law can be as much as triple damages i.e., triple the amount of the interest the bank stood to fraudulently make off of the mortgage/loan transaction. Therefore, the Borrowers hereby in good faith make the following offer: Borrowers will forgive UNIVERSAL AMERICAN MORTGAGE COMPANY any liability incurred by its wrongful actions, provided UNIVERSAL AMERICAN MORTGAGE COMPANY rightfully forgive Borrower the full amount of mortgage/credit you fraudulently allege to have given. In addition, Borrower make the one time demand of $173,700 for any loss, damage, and injury they have sustained; and, that UNIVERSAL AMERICAN MORTGAGE COMPANY also remove all/any negative comments on Borrower's credit report attributed to this transaction.

Any default, failures, or non-compliance on the Lender's part to perform as herein directed within twenty (20) business days of receipt shall constitute this Notice of Right to Cancel as valid and fully agreed/accepted pursuant to the terms and conditions as set forth herein and throughout.

Sincerely,

_Michael Benson Sparlin_

**Michael Benson Sparlin** (expressly all rights reserved)
Third Party Interest Intervener, live breathing man/woman
**Real Party in Interest.**

State of **ARIZONA**           )
                              ) ss
County of Pima                )

**Subscribed and Affirmed** and having been duly sworn to at

_____Tucson_____ (town/city) before me, a Notary Public for the

said county and state as above noted, do hereby state that the living man/woman,

Michael Benson Sparlin, personally appeared before me and signed the foregoing

instrument.

WITNESS my hand and official seal this 24th day of March, 2010.

_Barbara K Don_           (seal)
Notary

9/17/13
My commission expires

[OFFICIAL SEAL
BARBARA K DON
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires]