```
F.                                                              13772
         RECORDED BY: LAM                        PAGE:             617
         DEPUTY RECORDER                         NO. OF PAGES:       2
         6545        EAST-2                      SEQUENCE:   20100560182
W                                                            03/24/2010
MICHAEL BENSON SPARLIN                           RVPOA             14:32
9151 E SHOWCASE LN
TUCSON AZ  85749                                 MAIL
                                                 AMOUNT PAID   $   10.00
```



Tucson, AZ 85749

**To:**
**QUICKEN LOANS, INC.**
20555 Victor Parkway
LIVONIA, MI 48152
FEDEX # 8703 3823 2295

*EXHIBIT TO CASE #10-503*

**CHASE HOME FINANCE, LLC**
26 SUMMER STREET
BRIDGEWATER, MA 02324-2626
FEDEX # 8703 3823 2300

Dated: March 24, 2010

Re: Deed of Trust Record: Docket 13491, Page 3366, Sequence 20090260674
    Record Date February 9, 2009; APN: 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; Original Loan #3218892703
    Commonly known address: 9151 E. SHOWCASE LANE, TUCSON, AZ 85749

## NOTICE OF REVOCATION OF POWER OF ATTORNEY

**To: All parties addressed above**

Michael Benson Sparlin and Sharon Jeanette Sparlin DO HEREBY DECLARE:

That, due to the discovery of various elements of fraud, fraudulent inducement, fraudulent misrepresentation, entrapment, and nondisclosure resulting in the deprivation of our property by QUICKEN LOANS, INC., and/or by any of its agents and/or assignees; and, after a recent review/audit and a close perusal of the purported Loan, Trust Deed, and Security Agreement records – We, Michael Benson Sparlin and Sharon Jeanette Sparlin do hereby refuse to knowingly accept, or otherwise participate in ANY part of fraud and other wrongful actions involving the purported Promissory Note/Security Instrument/Trust Deed; and, further, do hereby revoke, rescind, and terminate all our signatures relating to any/all said deeds, notes, and agreements from their inception.

Furthermore, We, Michael Benson Sparlin and Sharon Jeanette Sparlin, do hereby revoke, terminate, and rescind all Powers of Attorney, in fact or otherwise, previously assigned by us, *implied in law, by trust or otherwise, with or without our consent and/or knowledge, as such* pertains to any property, real or personal, promissory note, deed of trust and mortgage signed on the date of January 22, 2009 or otherwise, under Deed of Trust Record No Docket 13491, Page 3366, Sequence 20090260674 and recorded February 9, 2009, involving the property specifically addressed and identified as 9151 E SHOWCASE LANE, TUCSON, ARIZONA.

_Michael Benson Sparlin_     _Sharon Jeanette Sparlin_
Michael Benson Sparlin          Sharon Jeanette Sparlin

**State of ARIZONA**     )
                               ) ss
**County of Pima**        )

**Subscribed and sworn to** (or affirmed) before me on this __24th__ day of __March__, 2010, by _Michael Benson & Sharon Jeanette Sparlin_ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Barbara K Dorr_
Notary

__9/17/13__
My commission expires

(seal)

**OFFICIAL SEAL**
**BARBARA K. DORR**
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Sept. 17, 2013