

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Telephone: 901-369-3600

*KXHIBIT 11*
*CASE #10-503*

March 25, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **870338232295**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Mar 25, 2010 09:05 |
| Signed for by: | M.ADIS | | |
| Service type: | Standard Envelope | | |

*[Signature: Matt Adis]*  *QUICKEN*

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 870338232295 | Ship date: | Mar 24, 2010 |
| Recipient: | | Shipper: | |
| US | | TUC US | |
| Reference | | AAL 610710 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

9151



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

*EXHIBIT 12*
*CASE # 10-503*

March 25, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **870338232300**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Mar 25, 2010 11:02 |
| Signed for by: | P.MYERS | | |
| Service type: | Standard Envelope | | |

*CHASE*

(signature: P. Myers)

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 870338232300 | Ship date: | Mar 24, 2010 |

Recipient:
US

Shipper:
TUC US

Reference          AAL 610710

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

*9151*