F. ANN RODRIGUEZ, RECORDER         DOCKET: 13772
RECORDED BY: LAM                   PAGE: 619
           DEPUTY RECORDER         NO. OF PAGES: 3
           6545    EAST-2          SEQUENCE: 20100560183
W                                              03/24/2010
MICHAEL BENSON SPARLIN             NOTICE        14:32
9151 E SHOWCASE LN
TUCSON AZ  85749                   MAIL
                                   AMOUNT PAID  $  10.00



Tucson, AZ 85749

**To:**

**QUICKEN LOANS, INC.**
20555 Victor Parkway
LIVONIA, MI 48152
FEDEX # 8703 3823 2295

EXHIBIT 13
CASE #10-503

**CHASE HOME FINANCE, LLC**
26 SUMMER STREET
BRIDGEWATER, MA 02324-2626
FEDEX # 8703 3823 2300

**TITLE SOURCE, INC.**
1450 WEST LONG LAKE ROAD, SUITE 400
TROY, MI 48098
FEDEX # 8703 3823 2310

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
1818 LIBRARY STREET, SUITE 300
RESTON, VIRGINIA 20190-6280
FEDEX # 8703 3823 2321

Dated: March 24, 2010

Re:  Deed of Trust Record: Docket 13491, Page 3366, Sequence 20090260674
     Record Date February 9, 2009; APN: 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; Original Loan #3218892703
     Commonly known address: 9151 E. SHOWCASE LANE, TUCSON, AZ 85749

## NOTICE OF REMOVAL OF TRUSTEE

**To: All parties addressed above**

TRUSTOR(S)/GRANTOR(S): Michael Benson Sparlin and Sharon Jeanette Sparlin do hereby give reference to the Deed of Trust drawn and executed by Michael Benson Sparlin and Sharon Jeanette Sparlin, as Trustor(s)/Grantor(s)/Creator(s) with further reference given to the following described real property situated in said county and state, to wit:

LA VENTANA DE LAS CATALINAS LOT 1

The street address or other common designation, if any, of the real property described above is purported to be: 9151 E. SHOWCASE LANE, TUCSON, ARIZONA 85749

3

GRANTOR(S)/TRUSTOR(S): Michael Benson Sparlin and Sharon Jeanette Sparlin by actual and constructive notice do hereby declare:

1. **Effective immediately**, the undersigned Michael Benson Sparlin and Sharon Jeanette Sparlin forever removes/releases/discharges all: "Trustee(s), Successor Trustee(s), Substituted Trustee, Agent(s), Servicer(s), Assign(s), Transfer(s), known and unknown.", including but not limited to: QUICKEN LOANS, INC, 20555 VICTOR PARKWAY, LIVONIA, MI 48152 and CHASE HOME FINANCE, LLC., 26 SUMMER STREET BRIDGEWATER, MA 02324-2626 existing under the laws of ARIZONA; and, Thereby removing and terminating the same from any/all duties and forever barring/stopping the aforesaid from any further appointments or assignments originally granted or contained within the Deeds of Trusts concerned herein.

2. **Effective immediately**, the undersigned Michael Benson Sparlin and Sharon Jeanette Sparlin forever Revokes/Cancels/Voids/Rescinds any/all duties, appointments, or assignments originally granted by Power of Attorney, authority, or otherwise granted/granting, and/or signs/signatures, assigned/assigning to any party(ies) including the alleged lender and successors, known and unknown including but not limited to: QUICKEN LOANS, INC., CHASE HOME FINANCE, LLC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., addressed named above; Thereby removing and terminating the same from any/all duties and forever barring/stopping the aforesaid of any further appointments of any/all "TRUSTEE(S)", "SUCCESSOR TRUSTEE(S)", "SUBSTITUTES", or "BENEFICIARY(IES)".

## LET IT BE KNOWN

All the above named "Trustee, Successor Trustee(s), Beneficiary(ies)", or Assigns, Substitutes, known or unknown in clauses 1 and 2 above, are hereby directed to immediately **CEASE** and **DESIST** any further actions through said appointments/assignments granted in or from Record Docket 13491, Page 3366, Sequence 20090260674, dated January 22, 2009. **ANY** such continued or further action by ANY of the above named parties may result in legal actions against them.

**Be it further known**, GRANTOR(S)/TRUSTOR(S): Michael Benson Sparlin and Sharon Jeanette Sparlin do hereby declare that: Effective immediately, all duty(s) and benefit(s) of "Trustee" and "Beneficiary" as set forth in original Deed of Trust, are hereby reassigned by Quitclaim to NORTH AMERICAN TRUST TITLE, LLC (Trustee), and the "9151 E SHOWCASE ROAD TRUST" a PRIVATE CONTRACT TRUST (Beneficiary).

## ACTUAL AND CONSTRUCTIVE NOTICE

All trustee(s), Successor Trustee(s), and Beneficiary(ies) named in Deed of Trust as Trustor(s) dated January 22, 2009 and recorded February 9, 2009 under Deed of Trust Instrument No. Docket 13491, Page 3366, Sequence 20090260674 are, hereby removed/released/dismissed of all duties, expressed or implied, effective immediately. The aforesaid trustee(s), Successor Trustee(s), and Beneficiary(ies) are expressly directed to CEASE and DESIST any further

duties/actions of said appointment(s), or assignment(s) including debt collections and any foreclosure actions under any number. Any continued actions of any nature against the property described above may result in legal actions being taken.


_____  _____
Michael Benson Sparlin           Sharon Jeanette Sparlin


State of **ARIZONA**           )
                               ) ss
County of Pima                 )

**Subscribed and sworn to** (or affirmed) before me on this ___24th___ day of

___March___, 2010, by _Michael Benson & Sharon Jeanette Sparlin_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me.


_____                    (seal)
Notary

___9/17/13___
My commission expires

OFFICIAL SEAL
BARBARA K. DORR
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Sept. 17, 2013

---

Removal of Trustee_9151                                             Page 3 of 3