

**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

*EXHIBIT 14*

*CASE # 10-503*

March 25, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **870338232310**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Mar 25, 2010 09:53 |
| Signed for by: | S.BURFORD | | |
| Service type: | Standard Envelope | | |



*TITLE SOURCE, INC.*

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 870338232310 | Ship date: | Mar 24, 2010 |

**Recipient:**
US

**Shipper:**
TUC US

**Reference**                    AAL610710

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

*9151*