WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

**RECORDED**

**JUL 0 8 2010**

FNMA
Title No: 100405228-AZ-GTI
FHA/VA No.: 1708257943

## NOTICE OF TRUSTEE'S SALE
File ID. #10-17679 Sparlin

Notice is hereby given that **Michael A. Bosco, Jr., Attorney at Law**, as trustee (or successor trustee, or substituted trustee), pursuant to the Deed of Trust which had an original balance of **$250,025.00** executed by **Michael B. Sparlin and Sharon J. Sparlin, husband and wife, 9151 East Showcase Lane, Tucson, AZ 85749**, dated **January 22, 2009** and recorded on **02/09/09** as Recording No./Book-Page **13491-3366** of Official Records in the office of the County Recorder of **Pima** County, State of Arizona, will sell the real property described herein by public auction on **October 7, 2010 at 11:30 AM, outside the East door of the new Courts Building, 110 West Congress, Tucson, AZ.** , to the highest bidder for cash (in the forms which are lawful tender in the United States and acceptable to the Trustee, payable in accordance with ARS 33-811A), all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and more fully described as:

Lot 1, of LA VENTANA DE LAS CATALINAS, per Map recorded in Book 30, Page 65 of Maps and Plats, in the office of the Pima County Recorder, Pima County, Arizona.

The street address/location of the real property described above is purported to be:

**9151 East Showcase Lane**
**Tucson, AZ  85749**
Tax Parcel No.: 114-51-06303

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

*(Notice of Sale continued following page ........)*

*Page 2 of Notice of Trustee's Sale*
File ID: 10-17679 Sparlin

The beneficiary under the aforementioned Deed of Trust has accelerated the Note secured thereby and has declared the entire unpaid principal balance, as well as any and all other amounts due in connection with said Note and/or Deed of Trust, immediately due and payable.

Said sale will be made in an "as is" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed of Trust with interest thereon as proved in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Current Beneficiary:
    Chase Home Finance LLC
Care of / Servicer
    Chase Home Finance LLC
    800 Brooksedge Boulevard Westerville
    Attn: Foreclosure Dept.
    Westerville, OH  43081

Current Trustee:
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
(602) 255-6035

Dated : July 7, 2010

_____
Michael A. Bosco, Jr., Attorney at Law
Trustee/Successor Trustee, is qualified per
ARS Section 33-803 (A)2 as a member of
The Arizona State Bar

STATE OF ARIZONA)
                   ) ss.
County of Maricopa    )

This instrument was acknowledged before me on 07/07/10, by MICHAEL A. BOSCO, JR., Attorney at Law, as Trustee/Successor Trustee.

My Commission Expires:

OFFICIAL SEAL
PAULA GRUNTMEIR
NOTARY PUBLIC   State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 23, 2011

_____
Paula Gruntmeir, Notary Public
Commission expiration is 10/23/2011 12:00:00 AM

NOTICE: This proceeding is an effort collect a debt on behalf of the beneficiary under the referenced Deed of Trust. Any information obtained will be used for that purpose. Unless the loan is reinstated, this Trustee's Sale proceedings will result in foreclosure of the subject property.

NOTICE: If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.