1  BRYAN CAVE LLP, #00145700
   Robert W. Shely, #014261
2  Coree E. Neumeyer, #025787
3  Michael B. Dvoren, #027386
   Two North Central Avenue, Suite 2200
4  Phoenix, Arizona  85004-4406
5  Telephone:  (602) 364-7000
   Facsimile:  (602) 364-7070
6  rwshely@bryancave.com
   coree.neumeyer@bryancave.com
7  michael.dvoren@bryancave.com

8  Attorneys for Defendants BAC Home Loans
9  Servicing, LP and Bank of America, N.A.

10            **IN THE UNITED STATES DISTRICT COURT**

11               **FOR THE DISTRICT OF ARIZONA**

12

13  Michael  Benson  Sparlin  and  Sharon    No. CV 10-503-TUC-FRZ
    Jeanette Sparlin,                        No. CV 10-507-TUC-FRZ
14                                           No. CV 10-508-TUC-FRZ
                                             **CONSOLIDATED**
15                 Plaintiffs,
          vs.
16                                           **OPPOSITION    TO    MOTION    TO**
                                             **EXTEND  TIME  TO  RESPOND  TO**
17  Chase Home Finance; JPMorgan Chase &     **DEFENDANTS MOTION TO DISMISS**
    Co.; BAC Home Loans Servicing, LP; and
18  Bank of America, N.A.,                     (Hon. Frank R. Zapata)

19                 Defendants.

20        BAC Home Loans Servicing, LP ("BAC") and Bank of America, N.A. ("BofA")[1]

21  (collectively,  the  "Defendants"),  respectfully  request  that  the  Court  enter  an  order

22  denying Plaintiffs Michael B. and Sharon J. Sparlins' (the "Sparlins") Motion To Extend

23  Time To Response [sic] To Defendants Motion To Dismiss (the "Motion").  [Doc. No.

24  32]

25        The Motion fails to comply with this Court's Local Rule 7.3, which requires the

26  ────────────────

27        [1] By filing this opposition, BofA does not waive its objections to improper service
    pursuant to Fed. R. Civ. P. 12(b)(5) or its inclusion as a defendant.
28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA  85004-4406
(602) 364-7000

Sparlins to "state the position of each other party" and if their "efforts to determine the position of any other party are unsuccessful, a statement to that effect must be included in the motion." LRCiv 7.3(b). The Sparlins did not attempt to contact the Defendants to determine their position or ask for additional time before filing the Motion.

The Sparlins' stated reasons for requesting a time extension include their assertion that they are "awaiting a forensic audit." [Motion ¶ 6] Through this, the Sparlins appear to want to introduce new facts or allegations not found in their Amended Complaint.[2] If so, this constitutes an improper basis for extending their time to respond, because the Sparlins are not permitted to introduce, for the first time in a response, facts or allegations not appearing in their Amended Complaint. See Schneider v. Cal. Dep't of Corrections, 151 F.3d 1194, 1197 n.1 (9th Cir. 1998). The Sparlins had ample time to gather additional evidence to support their purported legal claims before filing their Amended Complaint.

Finally, it is doubtful that giving the Sparlins' additional time to prepare and file a response will result in their curing any of the fatal deficiencies plaguing their Amended Complaint. The Sparlins' Amended Complaint fails on its face to comply with Federal Rule of Civil Procedure 8's pleading requirements or the Court's October 4, 2010 Order. Moreover, the Amended Complaint merely rehashes the Sparlins' meritless allegations from their original Complaint, which the parties have already briefed. The briefing on the Amended Complaint covers much of the same territory, leaving little to add or argue further. If the Sparlins' Response (Doc. No. 33) to Chase's Motion to Dismiss is any indication, their forthcoming Response to the Defendants' Motion to Dismiss will likely consist of new facts and allegations not found in their Amended Complaint and

---

[2] Counsel for the Defendants has recent experience with so-called "forensic audits" in several other cases where plaintiffs obtain their pleadings and legal advice from various Internet sources. These so-called "forensic audits" are typically performed by unqualified, self-appointed "forensic examiners" who provide plaintiffs with dubious allegations, opinions, and legal conclusions.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

681046.2

1    reiterations of their meritless legal theories, regularly rejected by this Court.

2                                    **Relief Requested**

3           For the foregoing reasons, the Defendants respectfully request that the Court deny

4    the Sparlins' Motion. However, should the Court decide to grant the Motion, the

5    Defendants request that the Court only grant the Sparlins ten additional days rather than

6    the thirty additional days requested.

7           DATED this 2nd day of December, 2010.

8
9                                                    BRYAN CAVE LLP

10                                           By  /s/ Michael B. Dvoren
11                                               Robert W. Shely
                                                 Coree E. Neumeyer
12                                               Michael B. Dvoren
                                                 Two North Central Avenue, Suite 2200
13                                               Phoenix, AZ  85004-4406

14                                               Attorneys for Defendant BAC Home  Loans
15                                               Servicing, LP and Bank of America, N.A.

16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 02, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael & Sharon Sparlin
9151 East Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: /s/ Michael B. Dvoren

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

681046.2

4