Name: **MICHAEL BENSON SPARLIN and SHARON JEANETTE SPARLIN H/W**
Address: 9151 E Showcase Lane
City, State, Zip: Tucson, AZ 85749
Daytime Phone: 520-760-0200
*Representing Self, Without a Lawyer*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN** H/W Plaintiffs | CASE NO: CV 10-503-TUC-FRZ<br>CV 10-507-TUC-FRZ<br>CV 10-508-TUC-FRZ<br>**CONSOLIDATED** |
| v | **PLAINTIFFS REPLY TO DEFENDANTS RESPONSE TO MOTION TO EXTEND TIME** |
| **CHASE HOME FINANCE** and **JPMORGAN CHASE & CO** and **BAC HOME LOANS SERVICING, L.P.** and **BANK OF AMERICA N.A** Defendants | (Hon Frank Zapata) |

(1) COMES NOW Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin to reply to Defendants BAC Home Loans Servicing, L.P. ("BAC") and Bank of America, N.A. ("BOA") response to Plaintiffs Motion for Extension of Time which Plaintiff filed on November 29, 2010.

(2) Defendants present an argument that Plaintiffs are "awaiting a forensic audit" in an attempt to introduce new facts or allegations not found in the Amended Complaint. This statement is false and Plaintiff denies that the forensic audit was just ordered in an attempt to introduce new facts and/or allegations into this case. The Original Complaint which was filed on August 18, 2010, clearly spelled out violations that Plaintiff became aware of weeks earlier through a preliminary audit. Plaintiff is simply awaiting the final written audit so as to be able to attach it as an Exhibit.

(3) Plaintiffs main reason for requesting an extension of time is due to the complexity of this case. This case involves four Defendants and three properties. The Plaintiff does not have an army of assistants to help with research and preparation of documents but is merely one person doing

research on statues and laws which are foreign to the Plaintiff and which require an inordinate amount of time to research. Since Plaintiff also holds down a job with American Airlines, Plaintiff Sharon Sparlin is doing the best she can to get documents out in a timely fashion.

(4) If Defendants will review Plaintiffs Response that was filed on November 29, 2010 in response to Defendants Chase Home Finance and JPMorgan Chase & Company's Motion to Dismiss, they will clearly see that Plaintiff is providing this court with an exhaustive amount of evidence in support of the arguments presented in the Amended Complaint.

(5) Plaintiff received two (2) separate Motions to Dismiss from Defendants within days of each other. The Motion to Dismiss filed by Defendant Chase Home Finance and JPMorgan Chase & Company was filed first and so all of Plaintiffs energy and focus was centered on filing that response first.

(6) In order to properly prepare exhibits and respond to Defendants BAC and BOA Motion to Dismiss, Plaintiffs believe that their request for additional time to file is reasonable.

(7) Plaintiff feels that the request for a 30 days extension of time is for good cause and is not intended to delay these proceedings. See Fed. R. Civ. P. 6(b)(1)(A).

(3) The court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); see *Jenkins v. Commonwealth Land Title Ins. Co., 95 F.3d 791, 795 (9th Cir. 1996)*.

## C. Conclusion

(8) WHEREFORE, Plaintiffs move this court to extend the time to respond to the Defendant BOA and BAC Motion to Dismiss for an additional 30 days.

Sharon J Sparlin

## CERTIFICATE OF SERVICE

1  
2   **I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S.  
3  Mail on this 9th day of December, 2010 to the following:  
4  
5  MAYNARD CRONIN ERICKSON  
6  CURRAN & REITER, P.L.C.  
7  Douglas C Erickson, #012130  
8  Jennifer A Reiter, #017502  
9  3200 North Central Avenue, Ste 1800  
10  Phoenix, Arizona 85012  
11       *Attorneys for Defendants Chase Home Finance, LLC and JPMorgan Chase & Co*  
12  
13  BRYAN CAVE LLP  
14  Robert W Shely #014261  
15  Coree E Neumeyer #025787  
16  Michael B Dvoren #027386  
17  Two North Central Avenue, Ste 2200  
18  Phoenix, Arizona  85004-4406  
19       *Attorneys for Defendants BAC Home Loans Servicing, LP and Bank of America, NA*  
20  
21  
22  
23  

Sharon J Sparlin