1  Name:            **MICHAEL BENSON SPARLIN** and
2                   **SHARON JEANETTE SPARLIN** H/W
3  Address:         9151 E Showcase Lane
4  City, State, Zip: Tucson, AZ  85749
5  Daytime Phone:   520-760-0200
6  *Representing Self, Without a Lawyer*

FILED RECEIVED DEC 29 2010 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**MICHAEL BENSON SPARLIN** and )
**SHARON JEANETTE SPARLIN** H/W ) CASE NO: **CV 10-503-TUC-FRZ**
Plaintiffs ) **CV 10-507-TUC-FRZ**
) **CV 10-508-TUC-FRZ**
) **CONSOLIDATED**
)
v )
) **PLAINTIFFS**
) **RESPONSE TO DEFENDANTS**
**CHASE HOME FINANCE** and ) **MOTION TO DISMISS**
**JPMORGAN CHASE & CO** and )
**BAC HOME LOANS SERVICING, L.P.** and ) (Hon Frank Zapata)
**BANK OF AMERICA N.A** )
Defendants )
_____)

COMES NOW Plaintiffs, Michael Benson Sparlin and Sharon Jeanette Sparlin, to file their Response to Defendants BAC Home Loans Servicing, L.P. ("BAC") and Bank of America, N.A. ("BOA") Motion to Dismiss.

## PARTIES

(1)  Plaintiffs are Michael Benson Sparlin & Sharon Jeanette Sparlin, 9151 E Showcase Lane, Tucson, AZ 85749, hereinafter referred to as the "Plaintiff".

(2)  Currently known defendants are Bank of America, N.A., ("BOA"), BAC Home Loans Servicing, L.P. ("BAC"), JPMorgan Chase & Co. ("JPCHASE") and Chase Home Finance ("CHASE").

## INTRODUCTION

(3)  Plaintiffs filed a lawsuit #10-507 on August 19, 2010 naming Defendant BAC on real property located at 7922 S Clarkson Court, Tucson, AZ. ("Property A").

(4)  Plaintiffs filed a lawsuit #10-503 on August 19, 2010 naming Defendant BAC on real property located at 491 S Douglas Wash Road, Vail, AZ. ("Property C")

(5) These two cases were subsequently joined under case #10-503.

(6) Per this courts ORDER, Plaintiffs filed an Amended Complaint on October 29, 2010 which including the adding of Defendant BOA.

(7) After filing the Original Petition, Plaintiff discovered that "BAC is a subsidiary of BOA" as indicated on their website and printed payment notices so included BOA in the Amended Complaint.

(8) This case arises from two predatory subprime adjustable-rate loans given to Plaintiffs and the subsequent unlawful scheming of Defendants in their quest to illegally foreclose and sell our properties.

(9) Plaintiff finds the Defendants Motion to Dismiss full of false information and inaccurate statements. Plaintiff hereby denies any and all claims and arguments presented by Defendants BAC and BOA in their Motion to Dismiss and submits the attached Memorandum to support Plaintiffs response.

_Sharon J Sparlin_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above has been furnished by U.S. Mail on this ____29th_____ day of December, 2010 to the following:

MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.
Douglas C Erickson, #012130
Jennifer A Reiter, #017502
3200 North Central Avenue, Ste 1800
Phoenix, Arizona 85012
   Attorneys for Defendants Chase Home Finance, LLC and JPMorgan Chase & Co

BRYAN CAVE LLP
Robert W Shely #014261
Coree E Neumeyer #025787
Michael B Dvoren #027386
Two North Central Avenue, Ste 2200
Phoenix, Arizona  85004-4406
   Attorneys for Defendants BAC Home Loans Servicing, LP and Bank of America, NA

_Sharon J Sparlin_