1  Douglas C. Erickson, 012130
   derickson@mmcec.com
2  Jennifer A. Reiter, No. 017502
   jreiter@mmcec.com
3  **MAYNARD CRONIN ERICKSON**
   **CURRAN & REITER, P.L.C.**
4  3200 North Central Avenue, Ste. 1800
   Phoenix, Arizona  85012
5  (602) 279-8500

6  Attorneys for Chase Home Finance LLC,
   and JPMorgan Chase Bank, N.A.

7

8                  **UNITED STATES DISTRICT COURT**

9                  **FOR THE DISTRICT OF ARIZONA**

10 Michael Benson Sparlin and Sharon        No. CV10-503-TUC-FRZ
   Jeanette Sparlin,                            CV10-507-TUC-FRZ
11                                               CV10-508-TUC-FRZ
                        Plaintiffs,
12
   v.                                        **MOTION FOR PROTECTIVE**
13                                           **ORDER**
   Chase Home Finance and JPMorgan Chase
14 & Co. and BAC Home Loans Servicing,
   L.P. and Bank of America N.A.
15
                        Defendant.
16
          Defendants Chase Home Finance LLC ("CHF") and JPMorgan Chase Bank, N.A.
17
   ("Chase")(collectively, the "Moving Defendants") respectfully move this Court for a protective
18
   order pursuant to Rule 26(c), Federal Rules of Civil Procedure.  This motion is supported by
19
   the accompanying memorandum of points and authorities, and the Court's record, which are
20
   incorporated herein.
21
                  **MEMORANDUM OF POINTS AND AUTHORITIES**
22
          The Moving Defendants file this motion in an abundance of caution.  On or about
23
   January 26, 2011, Plaintiffs served a "First Request for Admissions to Chase Home Finance
24
   and JPMorgan Chase & Co."  In order to avoid the appearance of ignoring or disregarding
25
   those requests, the Moving Defendants make this motion.  The Request for Admissions is
26
   untimely and expressly prohibited by Rule 26(d)(1), Federal Rules of Civil Procedure.  The

MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE • SUITE 1800 • PHOENIX, ARIZONA 85012
TELEPHONE 602.279.8500 • FACSIMILE 602.263.8185

1   parties have not yet had a Rule 26(f) conference, and therefore, discovery is not allowed.

2       In addition, currently pending before the Court is a motion to dismiss, which may render

3   all discovery irrelevant.

4       For the foregoing reasons, the Moving Defendants respectfully request that this Court

5   enter a protective order to the effect that Plaintiffs' discovery requests are untimely and not in

6   compliance with the pertinent rules.  Therefore, the Moving Defendants need not respond to

7   said requests.

8       RESPECTFULLY SUBMITTED this 8th day of February, 2011.

9

10                                    **MAYNARD CRONIN ERICKSON**
                                      **CURRAN & REITER, P.L.C.**

11

12                                    By/s/Douglas C. Erickson
                                      Douglas C. Erickson
13                                    Jennifer A. Reiter
                                      3200 North Central Avenue, Ste. 1800
                                      Phoenix, Arizona  85012-2443
14                                    Attorneys for Chase Home Finance LLC
                                      and JPMorgan Chase Bank, N.A.

15

16  **ORIGINAL** of the foregoing e-filed this 8th day of February, 2011, with:

17  Clerk of the Court
    Evo A. DeConcini U.S. Courthouse
    405 West Congress Street
18  Tucson, AZ 85701

19  **COPY** of the foregoing electronically delivered this 8th day of February, 2011, to:

20  Honorable Frank R. Zapata
    United States District Court
21  Evo A. DeConcini U.S. Courthouse
    405 West Congress Street, Suite 5160
22  Tucson, AZ 85701-5050

23  Coree Elizabeth Neumeyer, Esq.
    Michael Benjamin Dvoren, Esq.
24  Bryan Cave LLP
    2 N. Central Ave., Ste 2200
25  Phoenix, AZ 85004-4406
    Attorneys for BAC Home Loan Servicing, L.P.

26

1    **COPY** of the foregoing mailed this 8th day of February, 2011, to:

2    Michael and Sharon Sparlin
3    9151 E. Showcase Lane
      Tucson, AZ 85749
4    Plaintiffs pro per

5    By   /s/Stacey Tanner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26