

1    Name:       **MICHAEL BENSON SPARLIN** and
2                    **SHARON JEANETTE SPARLIN H/W**
3    Address:       9151 E Showcase Lane
4    City, State, Zip:    Tucson, AZ  85749
5    Daytime Phone:    520-760-0200
6    *Representing Self, Without a Lawyer*

**FILED** _____ **LODGED**
**RECEIVED** _____ **COPY**

1 | FEB 1 4 2011 | 1

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

8             IN THE UNITED STATES DISTRICT COURT
9                    DISTRICT OF ARIZONA

11 **MICHAEL BENSON SPARLIN** and       )
12 **SHARON JEANETTE SPARLIN** H/W     )   CASE NO: **CV 10-503-TUC-FRZ**
13 Plaintiffs                              )                **CV 10-507-TUC-FRZ**
14                                       )                **CV 10-508-TUC-FRZ**
15                                       )                **CONSOLIDATED**
16                                       )
17 v                                         )
18                                       )      **PLAINTIFFS RESPONSE TO**
19                                       )    **DEFENDANTS MOTION FOR**
20 **CHASE HOME FINANCE** and           )        **PROTECTIVE ORDER**
21 **JPMORGAN CHASE & CO** and         )
22 **BAC HOME LOANS SERVICING, L.P.** and   )       (Hon Frank Zapata)
23 **BANK OF AMERICA N.A**              )
24 Defendants                              )
25 _____ )

27        COMES NOW Plaintiffs, Michael Benson Sparlin and Sharon Jeanette Sparlin, to file

28 their Response to Defendants CHASE HOME FINANCE, LLC ("CHASE") and JPMORGAN

29 CHASE BANK, N.A. ("JPCHASE") Motion For Protective Order relative to Plaintiffs request

30 for Admissions.

31        1)     Pursuant to Federal Rules of Civil Procedure Rule 26(c), Defendants CHASE

32 and JPCHASE are required to "include a certification that the movant has in good faith

33 conferred or attempted to confer with other affected parties in an effort to resolve the

34 dispute without court action."

35        2)     Plaintiffs have not been contacted by Defendants CHASE and JPCHASE prior

36 to filing of their Motion for Protective Order nor does their Motion include the required

37 certification of such.

38

3)      Defendants state that Plaintiffs request for admissions is untimely and is prohibited by FRCP 26(d)(1), however, Rule 26(d)(1) does not apply with regards to proceedings exempted under Rule 26(a)(1)(b).

4)      FRCP 26(a)(1)(b)(ii) exempts from initial disclosure "a forefeiture action in rem arising from a federal statute."

5)      Foreclosure on this Plaintiffs property is a forefeiture action which arising from a federal statute, therefore, discovery is permissible, the requirements of Rule 26(f) are not applicable and Defendants Motion for Protective Order should be DENIED.

_____

Sharon Sparlin

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above has been furnished by U.S. Mail on this _____14th_____ day of February, 2011 to the following:

**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
Douglas C Erickson, #012130
Jennifer A Reiter, #017502
3200 North Central Avenue, Ste 1800
Phoenix, Arizona 85012
        *Attorneys for Defendants Chase Home Finance, LLC and JPMorgan Chase & Co*

**BRYAN CAVE LLP**
Robert W Shely #014261
Coree E Neumeyer #025787
Michael B Dvoren #027386
Two North Central Avenue, Ste 2200
Phoenix, Arizona  85004-4406
        *Attorneys for Defendants BAC Home Loans Servicing, LP and Bank of America, NA*

_____

Sharon Sparlin