1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants BAC Home Loans
Servicing, LP and Bank of America, N.A.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA  85004-4406
(602) 364-7000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin,<br><br>Plaintiffs,<br><br>vs.<br><br>Chase Home Finance; JPMorgan Chase & Co.; BAC Home Loans Servicing, LP; and Bank of America, N.A.,<br><br>Defendants. | No. CV 10-503-TUC-FRZ<br>No. CV 10-507-TUC-FRZ<br>No. CV 10-508-TUC-FRZ<br>**CONSOLIDATED**<br><br>**MOTION FOR PROTECTIVE ORDER**<br><br>(Hon. Frank R. Zapata) |

Pursuant to Federal Rule of Civil Procedure 26(c), BAC Home Loans Servicing, LP ("BAC") and Bank of America, N.A. ("BofA") (collectively, the "Defendants") respectfully move the Court for a protective order forbidding the untimely discovery sought by Plaintiffs Michael B. and Sharon J. Sparlin (the "Sparlins") through their First Request for Admissions ("Request").  [Doc. No. 43]   The Request is untimely under Federal Rule of Civil Procedure 26(d)(1), which provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f),

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

except . . . when authorized by these rules, by stipulation, or by court order." The parties in this case have not conferred pursuant to Rule 26(f), and no rule, stipulation, or court order authorized the Sparlins to serve early discovery requests. The Defendants are therefore not required to respond to the Request. Additionally, the parties are awaiting the Court's ruling on all defendants' fully briefed motions to dismiss the Sparlins' Amended Complaint. [See Doc. Nos. 30-31, 33, 35, 38, 41]

Pursuant to Federal Rule of Civil Procedure 26(c)(1), counsel for the Defendants attempted in good faith to confer with the Sparlins by telephone before filing this Motion. However, the Sparlins did not respond to counsel's request that the Sparlins withdraw the premature Request. Accordingly, the Defendants request that the Court enter a protective order to avoid the appearance of being deemed to have ignored the Request.

RESPECTFULLY SUBMITTED this 15th day of February, 2011.

BRYAN CAVE LLP


By /s/ Michael B. Dvoren
   Robert W. Shely
   Coree E. Neumeyer
   Michael B. Dvoren
   Two North Central Avenue, Suite 2200
   Phoenix, AZ  85004-4406

   Attorneys for Defendant BAC Home  Loans
   Servicing, LP and Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael & Sharon Sparlin
9151 East Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: /s/ Sally Erwin

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA  85004-4406
(602) 364-7000

684232.3

3