IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael & Sharon Sparlin,<br><br>    Plaintiffs,<br><br>vs.<br><br>Chase Home Finance; JP Morgan Chase & Co.; BAC Home Loans Servicing, L.P; Bank of America, N.A.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>**No.** CV 10-503-TUC-FRZ<br>No. CV 10-507-TUC-FRZ<br>No. CV 10-508-TUC-FRZ<br>**CONSOLIDATED** |

X      **DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED as follows:**
(1) Defendants' motions to dismiss (Doc. 30, 31) are granted; all of the claims against all of the Defendants are dismissed with prejudice.[1] All other pending motions are denied.
(2) This case is dismissed with prejudice.

**CASE CLOSED.**

|  |  |
|---|---|
| March 24, 2011<br>Date | RICHARD H. WEARE<br>CLERK<br><br>*S/ M. Michelle Mejia*<br>M. Michelle Mejia<br>Deputy Clerk |

---

[1]The Court will not grant Plaintiffs another opportunity to file another amended Complaint as it would be futile. *See Saul v. U.S.*, 928 F.2d 829, 843 (9th Cir. 1991).