| Notice of Appeal | Case No: CV 10-503 |
|---|---|

Name: **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN** H/W
Address: 9151 E Showcase Lane
City, State, Zip: Tucson, AZ 85749
Daytime Phone: 520-760-0200
*Representing Self, Without a Lawyer*

FILED ___ LODGED
RECEIVED ___ COPY
APR 1 1 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**MICHAEL BENSON SPARLIN** and
**SHARON JEANETTE SPARLIN** H/W
Plaintiffs

v

**CHASE HOME FINANCE** and
**JPMORGAN CHASE & CO** and
**BAC HOME LOANS SERVICING, L.P.** and
**BANK OF AMERICA N.A**
Defendants

CASE NO: **CV 10-503-TUC-FRZ**
**CV 10-507-TUC-FRZ**
**CV 10-508-TUC-FRZ**
**CONSOLIDATED**

**NOTICE OF APPEAL**

(Hon Frank Zapata)

Notice is hereby given that Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin, in the above named case, hereby appeal from this Court's Order dated March 24, 2011 which denied all pending motions before the court, denied Plaintiff the ability to file an additional amended complaint and granted Defendants Motions to Dismiss with prejudice.

Date: 4/11/11   _MICHAEL BENSON SPARLIN_

Date: 4/11/11   _SHARON JEANETTE SPARLIN_

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this __11th____ day of April, 2011 to the following:


MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.
Douglas C Erickson, #012130
Jennifer A Reiter, #017502
3200 North Central Avenue, Ste 1800
Phoenix, Arizona 85012
    *Attorneys for Defendants Chase Home Finance, LLC and JPMorgan Chase & Co*

BRYAN CAVE LLP
Robert W Shely #014261
Coree E Neumeyer #025787
Michael B Dvoren #027386
Two North Central Avenue, Ste 2200
Phoenix, Arizona 85004-4406
    *Attorneys for Defendants BAC Home Loans Servicing, LP and Bank of America, NA*

/s/ SHARON J SPARLIN