

```
Court Name: United States District Court
Division: 4
Receipt Number: TUC015110
Cashier ID: cduron
Transaction Date: 04/11/2011
Payer Name: SHARON JEANETTE SPARLIN

NOTICE OF APPEAL/DOCKETING FEE
 For: SHARON JEANETTE SPARLIN
 Case/Party: D-AZX-4-10-CV-000503-001
 Amount:         $455.00

CREDIT CARD
 Amt Tendered:  $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00


A fee of $45 will be assessed on
all returned remittances
```