UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL B. SPARLIN; SHARON J. SPARLIN,<br><br>                Plaintiffs - Appellants,<br><br> v.<br><br>BAC HOME LOANS SERVICING LP, originally named as Bank of America Home Loans; CHASE HOME FINANCE LLC; BANK OF AMERICA; JPMORGAN CHASE & CO.,<br><br>                Defendants - Appellees. | No. 11-15901<br><br>D.C. Nos.<br>4:10-cv-00503-FRZ,<br>4:10-cv-00507-FRZ,<br>4:10-cv-00508-FRZ<br><br>U.S. District Court for Arizona, Tucson<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Wed., July 20, 2011**      Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Fri., August 19, 2011**      Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk